STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, Respondent, *v.* 1231 PARK AVE. HOLDING CO., INC., et al., Defendants.

JOSHUA MORRISON et al., Appellants.

Argued April 17, 1944; decided May 25, 1944.

*Wilmurt B. Linker* and *Mitchell S. Fisher* for appellants.

*Edward Endelman* for certificate holders in various reorganizations, *amici curiæ,* in support of appellants' position.

*Leslie Kirsch, Joseph Glass* and *Samuel Bader* for respondent.

Order affirmed, with costs. Motion to dismiss appeal denied. No opinion.